# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

159592(100)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WILLIAM MARK REIDENBACH,
       Plaintiff-Appellee/Cross-Appellant,

v

                                      SC: 159592
                                      COA: 340863
                                      MCAC: 14-000044

CITY OF KALAMAZOO,
       Defendant-Appellant/Cross-Appellee.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 10, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



                                Clerk

a0127